IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN ANDERSON** | : |
| Plaintiff | : **CIVIL ACTION** |
| v. | : |
| | : **NO. 11-5614** |
| **CITY OF PHILADELPHIA, et al.** | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Jonathan A. Cass and Alexander F. Barth on behalf of Defendant, JPC Group, Inc., incorrectly identified as JPC Group, in the above-captioned matter.

**COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, P.C.**

Dated: November 2, 2011

/s/ Alexander F. Barth Esquire
**JONATHAN A. CASS, ESQUIRE
ALEXANDER F. BARTH, ESQUIRE**
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA  19103
(215) 564-1700

*Attorney for Defendant,
JPC Group, Inc.*

## CERTIFICATE OF SERVICE

I, Alexander, Esquire, hereby certify that on this 2nd day of November, 2011, a true and correct copy of the foregoing Entry of Appearance and was served regular mail and via electronic notification upon the following:

Louis S. Schwartz<br>
1528 Walnut Street<br>
Suite 600<br>
Philadelphia, PA  19102<br>
lss12@hotmail.com

/s/ Alexander F. Barth, Esquire
**ALEXANDER F. BARTH, ESQUIRE**